1  McGREGOR W. SCOTT
United States Attorney
2  AUDREY B. HEMESATH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  NHAN SINH TANG                    )        2:07-CV-02175-MCE-EFB
                                      )
12              Plaintiff,            )
                                      )
13      v.                            )
                                      )        **STIPULATION RE:**
14  MICHAEL CHERTOFF, et al.,         )        **REMAND AND RESPONDENTS'**
                                      )        **ANSWER AND**
15              Defendants.           )        **ORDER**
                                      )
16  _____  )

17          This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and

18  Immigration Services' (CIS) failure to timely adjudicate her naturalization application and to seek

19  de novo review of this application.  The delay in the agency adjudication of the application was in

20  the Federal Bureau of Investigations' (FBI) processing of the background name check.  As of the

21  time of this filing, the name check is now complete, and the agency is prepared to adjudicate the

22  application.  Because of the jurisdictional posture of the case, the agency cannot complete that

23  process until the case is remanded with instructions to CIS.  8 U.S.C. § 1447(b).  Accordingly, the

24  parties jointly agree that the case should be remanded with instructions to complete adjudication of

25  the case within 60 days from the date of the order of remand.

26  ///

27  ///

28  ///

1

In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible.


Dated: January 19, 2008                         Respectfully Submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney


                                By:      /s/Audrey Hemesath
                                         Audrey B. Hemesath
                                         Assistant U.S. Attorney
                                         Attorneys for the Respondents


                                By:      /s/ James B. Macy
                                         James B. Macy
                                         Attorney for the Petitioner




                                   ORDER

        Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 60 days from the date of this Order.

        IT IS SO ORDERED.


 Dated:  January 25, 2008

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE